# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:26-CV-00009-MWJS-KJM |
| CASE NAME: | Jianqiang Wang, et al. v. Polly Kaiser, et al. |
| ATTYS FOR PLTF: | Sandy K. Hom (*Pro Hac Vice*) <br> Carmen DiAmore-Siah |
| ATTY FOR DEFTS: | Joseph M. McGinley |

| | | | |
|---|---|---|---|
| JUDGE: | Micah W.J. Smith | REPORTER: | Ann Matsumoto |
| DATE: | 3/10/2026 | TIME: | 2:10 p.m. – 2:15 p.m. |

COURT ACTION: EP:    VTC STATUS CONFERENCE held on 3/10/2026.

Discussion held.

For the reasons stated on the record, Dkt. No. [6] Petition for Writ of Habeas Corpus is DISMISSED for lack of jurisdiction.

*Submitted by: Anjelica Barker, Courtroom Manager*