AO 450 (Rev. 1/25) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

JIANQIANG WANG, MEIKUN ZHENG, BAILIN WANG, BAIFENG WANG, BAISHEN WANG,

     Plaintiffs/Petitioners,

     V.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, FIELD OFFICE DIRECTOR, ICE ENFORCEMENT AND REMOVAL OPERATIONS, Honolulu, HI, in an official capacity,

     Defendants/Respondents.

JUDGMENT IN A CIVIL CASE

Case: 1:26-CV-00009-MWJS-KJM

> FILED IN THE
> UNITED STATES DISTRICT COURT
> DISTRICT OF HAWAII
> **Mar 11, 2026, 10:27 am**
> LUCY H. CARRILLO, CLERK OF COURT

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the Entering Order of March 11, 2026, ECF No. 29. On February 17, 2026, the court denied Petitioners' motions for a temporary restraining order and preliminary injunctive relief on the ground that it could not conclude, on the record as it then existed, that the court possessed habeas jurisdiction. Dkt. No. 24. The court further noted that the lack of jurisdiction would also seem to "require the court to dismiss the petition itself." Id. at PageID.178. But "because the court denie[d] the motions for interim relief based solely on the record [then] before it, the court  .  .  .  defer[red] decision on the petition and [scheduled] a status conference with the parties to discuss whether there might be any appropriate steps remaining in this case." Id. That status conference was held on March 10, 2026, and counsel for Petitioners acknowledged that the record had not changed in any material respect from the one before the court when it denied interim relief. Dkt. No. 28. For that reason, the court indicated that it would dismiss the petition for lack of jurisdiction, which it now does by way of this order. The clerk of court is instructed to close the case.

| | |
|---|---|
| March 11, 2026 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |